## BENJAMIN CARNES *versus* MELINDA CARNES.

JOURNAL ENTRIES (1827–31): *Journal 4:* (1) Bill taken as confessed, referred to master *p. 128; (2) continued *p. 216; (3) motion to amend bill *p. 300; (4) referred to master *p. 390; (5) motion for further report *p. 440.
PAPERS IN FILE: (1) Bill of complaint.
*Chancery Case* 79 of 1826.